■ FLAVIO VOZILA et al., Respondents, v BRINKS COMPANY, Appellant, et al., Defendant. [735 NYS2d 391] —In an action to recover damages for personal injuries, etc., the defendant Brinks Company appeals from an order of the Supreme Court, Kings County (Rappaport, J.), dated April 17, 2001, which denied its motion for summary judgment dismissing the complaint insofar as asserted against it.

Ordered that the order is affirmed, with costs.

There are issues of fact requiring the denial of summary judgment. Altman, J. P., Florio, H. Miller and Cozier, JJ., concur.